IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| V.L.,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>J.L. JAMISON, JOHN E. RIFE,<br>MARKWAYNE MULLIN, TODD<br>BLANCHE, U.S. DEPARTMENT OF<br>HOMELAND SECURITY, EXECUTIVE<br>OFFICE FOR IMMIGRATION REVIEW,<br>　　　　　　　Respondents. | CIVIL ACTION<br><br><br><br>NO.  26-4669 |

## O R D E R

**AND NOW**, this 7th day of July, 2026, upon consideration of the Petition for Writ of

Habeas Corpus (ECF No. 1), it is hereby **ORDERED** as follows:

1.  Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of

    Pennsylvania without further order of the Court.

2.  Respondents shall file and serve a response on or before **July 10, 2026**.


　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　/s/ Kelley B. Hodge
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　HODGE, KELLEY B., J.