**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **A.J.V.L.,** | **CIVIL ACTION** |
|       **Petitioner,** | |
| | |
|       **v.** | |
| | |
| **J.L. JAMISON, JOHN E. RIFE,** | **NO.  26-4669** |
| **MARKWAYNE MULLIN, TODD** | |
| **BLANCHE, U.S. DEPARTMENT OF** | |
| **HOMELAND SECURITY, EXECUTIVE** | |
| **OFFICE FOR IMMIGRATION REVIEW,** | |
|       **Respondents.** | |

**O R D E R**

**AND NOW**, this 9th day of July, 2026, upon consideration of Petitioner A.J.V.L.'s Petition for Writ of Habeas Corpus (ECF No. 1 (the "Petition")), Petitioner's unopposed Motion For Leave to Proceed Under Pseudonym (ECF No. 3 (the "Motion"), and the Government's opposition to the Petition (ECF No. 4), and for the reasons stated in the accompanying Memorandum, it is **HEREBY ORDERED** as follows:

1.      The Motion is **GRANTED**.

2.      The Petition is **GRANTED**. The Government shall **RELEASE** Petitioner from custody immediately and file an entry on the docket certifying compliance with this Order **no later than 5:00 p.m. on July 10, 2026.**

3.      Immediately upon Petitioner's release, Respondents shall return to Petitioner all personal property, including identification and other documents, confiscated upon or during his detention.

4.      Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Instead, Petitioner is subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

5.      The Government is temporarily enjoined from re-detaining Petitioner until **July 17, 2026**.

6.      If the Government decides to pursue re-detention of Petitioner after July 17, 2026, it must first provide him with a bond hearing by an Immigration Judge pursuant to 8 U.S.C. § 1226(a). If Petitioner is re-detained, the Government shall provide Petitioner with his HIV medication while he is detained in their custody.

7.      The Government may not remove, transfer, or otherwise facilitate the removal of Petitioner from the Commonwealth of Pennsylvania before the ordered bond hearing. If the Immigration Judge determines at the bond hearing that Petitioner is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Petitioner if unforeseen or emergency circumstances so require.

8.      The Clerk of Court shall **MARK** this case as **CLOSED**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

_____

**HODGE, KELLEY B., J.**